UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDRICK R. ROSS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13970** |
| **JERRY GOODWIN, WARDEN** | **SECTION: "S"(1)** |

# O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Fredrick R. Ross is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that that petitioner's motion to stay these proceedings, Rec. Doc. 12, is **DENIED**.

New Orleans, Louisiana, this __26th__ day of ____May____, 2021.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**